AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| District of Oregon |
|---|

HARRY DOUGLAS; KARRIE HOLMAN )
_____ )
*Plaintiff(s)* )
)
v. )  Civil Action No.  3:24-cv-00687-SB
GRAND MANAGEMENT SERVICES, INC.; BARBARA )
JOHNSON-MARTIN; LUCIUS CALVIN MARTIN AS TRUSTEE )
OF L CALVIN MARTIN & BARBARA JOHNSON-MARTIN )
FAMILY TRUST; BARBARA JOHNSON-MARTIN AS TRUSTEE )
OF L CALVIN MARTIN & BARBARA JOHNSON-MARTIN )
FAMILY TRUST )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Barbara Johnson-Martin
> 3947 Shamrock Drive
> Medford, Oregon 97504

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey Van Kent
Van Kent Law, LLC
PO Box 83567
Portland, OR 97283

Electronic Service Accepted at Jeffrey@VanKentLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*