AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

HARRY DOUGLAS; KARRIE HOLMAN

*Plaintiff(s)*

v.

GRAND MANAGEMENT SERVICES, INC.; BARBARA JOHNSON-MARTIN; LUCIUS CALVIN MARTIN AS TRUSTEE OF L CALVIN MARTIN & BARBARA JOHNSON-MARTIN FAMILY TRUST; BARBARA JOHNSON-MARTIN AS TRUSTEE OF L CALVIN MARTIN & BARBARA JOHNSON-MARTIN FAMILY TRUST

*Defendant(s)*

Civil Action No. 3:24-cv-00687-SB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lucius Calvin Martin
Trustee of L. Calvin Martin & Barbara Johnson-Martin Family Trust
3947 Shamrock Drive
Medford, Oregon 97504

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Van Kent
Van Kent Law, LLC
PO Box 83567
Portland, OR 97283

Electronic Service Accepted at Jeffrey@VanKentLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                  *Signature of Clerk or Deputy Clerk*